UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Richard Paliotta, Jr.

**Order Filed on September 13, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case Number:     18-26467

Hearing Date:

Judge:     Stacey L. Meisel

Chapter:     13

Recommended Local Form:  ☑ Followed  ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 13, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted.  The deadline to file schedules is extended to ____9/14/2018____.

☐ Denied.

*rev.8/1/15*