Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–26467–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Paliotta Jr.
   dba Armada Construction
   907 Hammond Road
   Ridgewood, NJ 07450

Social Security No.:
   xxx–xx–0692

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                    10/24/18
Time:                    09:00 AM
Location:            Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 12, 2018
JAN: rh

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Richard Paliotta, Jr.,
          Debtor

Case No. 18-26467-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Sep 12, 2018
                             Form ID: 132          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
```
db           +Richard Paliotta, Jr.,   907 Hammond Road,   Ridgewood, NJ 07450-2907
517705473    +Aargon Agncy,   3025 W Sahara,   Las Vegas, NV 89102-6094
517705475    +Bankamerica,   1825 E Buckeye Rd,   Phoenix, AZ 85034-4216
517705477    +Centralcred,   9550 Regency Square Suite 602,   Jacksonville, FL 32225-8116
517705478    +Chase Card,   201 N. Walnut St//Del 1027,   Wilmington, DE 19801-2920
517705479    +Cortrustcc,   Po Box 7030, Attn:Credti Manager,   Mitchell, SD 57301-7030
517705481    +Ctech Coll,   5505 Nesconset Hwy,   Mount Sinai, NY 11766-2037
517705483     Ocwen Loan Servicing, LLC,   att: Bankruptcy Department,   PO Box 25736,
               West Palm Beach, FL 33416
517705484    +Recmgmt Srvc,   4200 Cantera Dr #211,   Warrenville, IL 60555-3040
517705485    +Spec Loan Sv,   8742 Lucent Blvd #300,   Highlands Ranc, CO 80129-2386
517734509    +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517705486    +Trnswrld Sys,   2235 Mercury Way Suite 275,   Santa Rosa, CA 95407-5463
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2018 23:56:06   U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2018 23:56:03    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517705474    +E-mail/Text: ally@ebn.phinsolutions.com Sep 12 2018 23:55:07   Ally Fincl,   P.O. Box 380901,
               Minneapolis, MN 55438-0901
517705476     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2018 23:54:21   Cap One,
               Po Box 85015,   Richmond, VA 23285-5075
517744148     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2018 23:54:22
               Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517705480    +E-mail/PDF: creditonebknotifications@resurgent.com Sep 12 2018 23:53:49   Creditonebnk,
               Po Box 98872,   Las Vegas, NV 89193-8872
517705482     E-mail/Text: mrdiscen@discover.com Sep 12 2018 23:55:09   Discover,
               Po Box15316, Att:Cms/Prod Develop,   Wilmington, DE 19850-5316
517708954    +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:34   Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                            TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
```
           Javier L. Merino   on behalf of Debtor Richard  Paliotta, Jr. jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
           Marie-Ann  Greenberg   magecf@magtrustee.com
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 3
```