| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Javier L. Merino<br>DannLaw<br>1 Meadowlands Plaza, Suite 200<br>East Rutherford, NJ 07073<br>Phone: 216-373-0539<br>Fax: 216-373-0536<br>notices@dannlaw.com<br>In Re:<br><br>Richard Paliotta, Jr. | **Order Filed on December 27, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**<br><br>Case No.:   __18-26467 (SLM)__<br><br>Chapter:   __13__<br><br>Judge:   __Stacey L. Meisel__ |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 27, 2018**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___October 3, 2018___ :

Property:    907 Hammond Road, Ridgewood, NJ 07450

Creditor:    Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___February 21, 2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2