UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Javier L. Merino
DannLaw
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Phone: 216-373-0539
Fax: 216-373-0536
notices@dannlaw.com

In Re:

Richard Paliotta, Jr.

**Order Filed on April 23, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.:       18-26467 (SLM)

Chapter:              13

Judge:          Stacey L. Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 23, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___October 3, 2018___ :

Property:      907 Hammond Road, Ridgewood, NJ 07450

Creditor:      Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___May 22, 2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2