UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   RICHARD PALIOTTA, JR.

Order Filed on July 11, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.:  18-26467 SLM

Hearing Date:  7/10/2019

## INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: July 11, 2019

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  RICHARD PALIOTTA, JR.

Case No.:  18-26467

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 07/10/2019 on notice to JAVIER L. MERINO, and

to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 7/31/2019 or

  the case will be dismissed; and it is further

- ORDERED, that Debtor must file a motion to re-enter loss mitigation by 7/17/2019; and it is further

- ORDERED, that if the Court's Docket does not reflect motion to re-enter loss mitigation has been filed by

  the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's

  Attorney; and it is further

- ORDERED, that the Motion will be adjourned to 8/14/2019 10:00 a.m..