| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Javier L. Merino, Esq. DANNLAW 372 Kinderkamack Road, Suite 5 Westwood, NJ 07675 Phone: 216-373-0539 Fax: 216-373-0536 notices@dannlaw.com | |
| In Re: Richard Paliotta, Jr. | Case No: 18-26467 (SLM) Chapter: 13 Judge: Stacey L. Meisel |

Order Filed on July 30, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: July 30, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____Attorney for Debtor_____, and regarding _____Motion to Permit Re-Entry into Loss Mitigation Program_____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*