Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−26467−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Paliotta Jr.
   dba Armada Construction
   907 Hammond Road
   Ridgewood, NJ 07450

Social Security No.:
   xxx−xx−0692

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/15/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 15, 2019
JAN: rah

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                      Case No. 18-26467-SLM
Richard Paliotta, Jr.                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 15, 2019
                              Form ID: 148             Total Noticed: 27

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2019.
db             +Richard Paliotta, Jr.,    907 Hammond Road,    Ridgewood, NJ 07450-2907
sp             +Aronow Law, PC,    20 Crossways Parkway Drive N.,    Suite 210,    Woodbury, NY 11797-2007
sp             +DannLaw Firm,    PO Box 6031040,    Cleveland, OH 44103-8800
517705477      +Centralcred,    9550 Regency Square Suite 602,    Jacksonville, FL 32225-8116
517705479      +Cortrustcc,    Po Box 7030, Attn:Credti Manager,    Mitchell, SD 57301-7030
517705481      +Ctech Coll,    5505 Nesconset Hwy,    Mount Sinai, NY 11766-2037
518121534      +Flowers & O'Brien, LLC,    70 Adams Street,    Fourth Floor,    Hoboken, NJ 07030-8432
517705483       Ocwen Loan Servicing, LLC,    att: Bankruptcy Department,    PO Box 25736,
                 West Palm Beach, FL 33416
518121533       RUC Holdings, LLC,    1 Rhodes Court,    Hoboken, NJ 07030
518189119      +RUC Holdings LLC,    c/o Flowers & O'Brien, LLC,    70 Adams Street, 4th Floor,
                 Hoboken, NJ 07030-8441
517705484      +Recmgmt Srvc,    4200 Cantera Dr #211,    Warrenville, IL 60555-3040
517705485      +Spec Loan Sv,    8742 Lucent Blvd #300,    Highlands Ranc, CO 80129-2386
517734509      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517705486      +Trnswrld Sys,    2235 Mercury Way Suite 275,    Santa Rosa, CA 95407-5463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2019 23:57:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2019 23:57:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517705473      +EDI: AARGON.COM Aug 16 2019 03:28:00       Aargon Agncy,    3025 W Sahara,
                 Las Vegas, NV 89102-6094
517800867       EDI: GMACFS.COM Aug 16 2019 03:28:00       Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517705474      +EDI: GMACFS.COM Aug 16 2019 03:28:00       Ally Fincl,    P.O. Box 380901,
                 Minneapolis, MN 55438-0901
517806163       EDI: RESURGENT.COM Aug 16 2019 03:28:00       Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,     Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517705475      +EDI: BANKAMER.COM Aug 16 2019 03:28:00       Bankamerica,    1825 E Buckeye Rd,
                 Phoenix, AZ 85034-4216
517705476       EDI: CAPITALONE.COM Aug 16 2019 03:28:00       Cap One,    Po Box 85015,    Richmond, VA 23285-5075
517744148       EDI: CAPITALONE.COM Aug 16 2019 03:28:00       Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517705478      +EDI: CHASE.COM Aug 16 2019 03:28:00       Chase Card,    201 N. Walnut St//Del 1027,
                 Wilmington, DE 19801-2920
517705480      +EDI: RCSFNBMARIN.COM Aug 16 2019 03:28:00       Creditonebnk,    Po Box 98872,
                 Las Vegas, NV 89193-8872
517705482       EDI: DISCOVER.COM Aug 16 2019 03:28:00       Discover,    Po Box15316, Att:Cms/Prod Develop,
                 Wilmington, DE 19850-5316
517708954      +EDI: RMSC.COM Aug 16 2019 03:28:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518121535        18-26467
518121536*     +Flowers & O'Brien, LLC,    70 Adams Street,    Fourth Floor,    Hoboken, NJ 07030-8432
518121537*      RUC Holdings, LLC,    1 Rhodes Court,    Hoboken, NJ 07030
                                                                                TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Aug 15, 2019
                              Form ID: 148               Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-15 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Javier L. Merino    on behalf of Debtor Richard  Paliotta, Jr. jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.d
               ocketbird.com;Amy@DannLaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-15 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```